THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**Lorenzo E. CARDWELL,**
**Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2010–7110.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2011.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Michael P. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC, and Y. Ken Lee, Attorney.

NEWMAN, LOURIE, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**ILLUMINA, INC., Plaintiff–Appellant,**

v.

**AFFYMETRIX, INC., Defendant–Appellee.**

Nos. 2011–1145, 2011–1146.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2011.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for plaintiff-appellant. Of counsel on the brief were Jeffrey N. Costakos and Kimberly K. Dodd, Foley & Lardner LLP, of Milwaukee, WI and George E. Quillin, of Washington, DC.

Richard P. Bress, Latham & Watkins, LLP, of Washington, DC, argued for defendant-appellee. On the brief were Roger J. Chin, Latham & Watkins, LLP, of San Francisco, CA and Ron E. Shulman, of Menlo Park, CA. Of counsel was Thomas T. Carmack, Wilson Sonsini Goodrich & Rosati, of Palo Alto, CA.

NEWMAN, PROST, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.